IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cr-00367-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **CRANDELL CASEY,**

    Defendant.

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE THE MOTIONS DEADLINE, AND EXCLUDE 90 DAYS FROM THE SPEEDY TRIAL COMPUTATIONS

---

This matter comes before the Court for hearing on "Defendant's Unopposed Motion to Convert the October 15, 2014 Status Conference into a hearing on this Motion, Vacate the Motions Deadline, and exclude 90 days from the Speedy Trial Computations". This Court has already granted that portion of the motion seeking a hearing on the motion. Upon that hearing on October 15, 2014, this Court being duly informed hereby enters the following Order:

    1.    Defendant is charged with Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(I).

    2.    Defendant has filed an Unopposed Motion seeking a continuance and Ends of Justice Findings under the Speedy Trial Act ("Motion"). In that Motion, Defendant sets forth adequate grounds from which this Court may conclude that an interest of justice continuance is warranted pursuant to 18 U.S.C. § 3161(h)(7). Those facts include, *inter alia,* that in addition to reviewing discovery, the defense will likely

need to interview factual witnesses to the case. The defense asserts and this Court agrees that several aspects of this case will likely make that process more difficult and time-consuming than the usual case. First, the incident which led to the charge against Mr. Casey, took place in Towaoc, Colorado. Towaoc is located in the far, southwestern corner of the state. All of the witnesses and/or potential witnesses are in the far southwestern part of the state. These witnesses may include persons as of yet unknown to the defense but who witnessed circumstances which led up to the actions and alleged actions of the parties in this case. To properly investigate this case, the defense must interview the identified potential witnesses and track down, if possible, the unidentified potential witnesses.

3. Further, investigations in the Four Corners area are always difficult in that so many of the persons who can offer information are exceptionally reluctant to be found and to speak. Simply put, the witness investigation will be a time-consuming process which cannot be accomplished within the time frame normally allowed by 18 U.S.C. § 3161.

4. Finally, this Court understands that the Office of the Federal Public Defender is down one trial attorney from staffing levels one year ago.

5. This Court finds that if a continuance of the trial and other deadlines is not granted, a miscarriage of justice would result and undersigned counsel would be denied the reasonable time necessary for effective preparation, thereby resulting in a miscarriage of justice. In contrast, granting the continuance would enable counsel sufficient time to review discovery, research motions, investigate potential witnesses, and retain any needed experts.

6. The *West* factors likewise support a continuance of the trial date. First, counsel for Mr. Casey has been diligent in pursuing Mr. Casey's defense. Counsel has begun investigation, and begun researching some of the legal issues surrounding the case.

7. Second, the continuance, if granted, will accomplish the purpose underlying the request for a continuance. The defense requests a continuance so that the defense will have sufficient time to review discovery, investigate the case, research pretrial motions, and hire any needed experts. Counsel has stated that he believes that 90 days will be sufficient time to complete these tasks.

8. Third, the inconvenience to the opposing party, the witnesses and the Court will be minimal.

9. Finally, the need for the continuance is great. Until all discovery has been reviewed, the necessary investigation has been completed, and pretrial motions have been researched, counsel cannot effectively prepare pretrial motions and defend against the pending charges.

WHEREFORE, this Court grants Defendant's Motion for an Ends of Justice Continuance, Vacates the Motions Deadline, and Excludes 90 Days from the Speedy Trial Computations, and Sets a Status Conference for December 2, 2014 at 3:00 p.m.

DONE on this the __16th__ day of October, 2014.

BY THE COURT:

_____
DAVID L. WEST
U.S. District Court Magistrate Judge