**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**
Presiding in Durango, Colorado

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  August 10, 2015 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Erika Hitti | |

Criminal Action No. 14-cr-00367-MSK-DW

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                      Dondi Osborne

           Plaintiff,

v.

CRANDELL CASEY,                                          Robert Pepin

           Defendant.

_____

**SENTENCING MINUTES**
_____

**1:46 p.m.       Court in session**.

This hearing continued from June 8, 2015.

Defendant present on bond.

**Change of Plea Hearing on February 10, 2015.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Further argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Variant Sentence (**Doc. #45**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. Defendant is sentenced to "time served"**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**2:14 p.m.    Court in recess.**

Total Time:    28 minutes.
Hearing concluded.